**Electronically Filed
Supreme Court
SCWC-30685
19-JUL-2012
01:59 PM**

SCWC-30685

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HEATHER AIONA-AGRA, Respondent/Plaintiff-Appellee,

vs.

JAYSON JAVIER AGRA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30685; FC-D NO. 06-1-44)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna JJ.,
and Circuit Judge Garibaldi, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Jayson Javier Agra's application for writ of certiorari, filed on June 4, 2012, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten (10) days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 19, 2012.

David H. Lawton
for the petitioner.

Robert K. Allen and
William J. Rosdil
for the respondent.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Colette Y. Garibaldi

